SO ORDERED.

Dated: May 18, 2011

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-09043

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Peyton R. Thomas, Kathy L. Thomas<br>      Debtors.<br>_____<br>US Bank National Association, as Trustee for Credit Suisse First Boston 2005-9<br><br>      Movant,<br>   vs.<br><br>Peyton R. Thomas, Kathy L. Thomas, Debtors, Eric M. Haley, Trustee.<br><br>      Respondents. | No. 2:11-bk-08932-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #14) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 24, 2005 and recorded in the office of the Maricopa County Recorder wherein US Bank National Association, as Trustee for Credit Suisse First Boston 2005-9, is the current beneficiary and Peyton R. Thomas, Kathy L. Thomas have an interest in, further described as:

> LOT 50, OF SIERRA MONTANA PARCEL 16 CORRECTED PLAT, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 640 OF MAPS, PAGE 14.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.